NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336

```
___FILED       ___RECEIVED
___ENTERED     ___SERVED ON
       COUNSEL/PARTIES OF RECORD

         AUG - 6 2019

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-mj-0547-VCF  ORDER |
| Plaintiff, | ~~MOTION~~ TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE RULE 48(a) |
| vs. | |
| CHRISTOPHER URIBE, | |
| Defendant. | |

The United States of America, by and through the undersigned attorney, respectfully seeks leave of court pursuant to Federal Rule of Criminal procedure 48(a) to dismiss without prejudice the Criminal Complaint filed on July 25, 2019, (ECF 1) against only defendant Christopher URIBE in the interest of justice.

//
//
//
//
//
//
//

1     The defendant is not in custody on the captioned matter.

2     Dated this <u>6th</u> day of August, 2019.

                                                                            Respectfully submitted,

                                                                            NICHOLAS A. TRUTANICH
                                                                            United States Attorney

                                                                            */s/ Susan Cushman*
                                                                            SUSAN CUSHMAN
                                                                            Assistant United States Attorney

The Government's motion is hereby  <u>Granted</u>.

SO ORDERED: *[signature]*

_____     Dated: 8/6/19
UNITED STATES MAGISTRATE JUDGE

**CAM FERENBACH
U.S. MAGISTRATE JUDGE**